Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMA AYALA, | Case No.: 2:18-cv-02171-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| DITECH FINANCIAL LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC, | |
| Defendants. | |

Plaintiff Norma Ayala and Defendant Experian Information Solutions, Inc., hereby

stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 1

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.** Each party shall bear its own its own attorney's fees and costs of suit.[1]

Dated February 13, 2019.

| **KNEPPER & CLARK LLC** | **NAYLOR & BRASTER** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Andrew J. Sharples* |
| Matthew I. Knepper, Esq. | Jennifer L. Braster, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 9982 |
| Miles N. Clark, Esq. | Andrew J. Sharples, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 12866 |
| Shaina R. Plaksin, Esq. | 1050 Indigo Drive, Suite 200 |
| Nevada Bar No. 13935 | Las Vegas, NV 89145 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jbraster@nblawnv.com |
| Las Vegas, NV 89129 | Email: asharples@nblawnv.com |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | **JONES DAY** |
| Email: shaina.plaksin@knepperclark.com | Katherine A. Neben, Esq. |
| | Nevada Bar No. 14590 |
| **HAINES & KRIEGER LLC** | 3161 Michelson Drive |
| David H. Krieger, Esq. | Irvine, CA 92612 |
| Nevada Bar No. 9086 | Email: kneben@jonesday.com |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| dkrieger@hainesandkrieger.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | *Experian Information Solutions, Inc.* |

---

[1] Although Defendant Ditech Financial, LLC ("Ditech") is still a party to this case, it is not a signatory to this stipulation because it has filed for bankruptcy and intends to file a Notice of Bankruptcy with the Court shortly. Thus, the Parties request that the Court grant this stipulation without Ditech's signature.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 2

| ALVERSON TAYLOR & SANDERS | CLARK HILL PLLC |
|---|---|
| /s/ *Trevor R. Waite* | /s/ *Jeremy J. Thompson* |
| Kurt R. Bonds, Esq.<br>Nevada Bar No. 6228<br>Trevor R. Waite, Esq.<br>Nevada Bar No. 13779<br>6605 Grand Montecito Pkwy., Suite 200<br>Las Vegas, NV 89149<br>Email: kbonds@alversontaylor.com<br>Email: twaite@alversontaylor.com<br>*Counsel for Defendant Trans Union LLC* | Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

*Ayala v. Ditech Financial LLC et al*
Case No. 2:18-cv-02171-RFB-VCF

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC.,

# WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of February, 2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC., ONLY - 3