Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMA AYALA,<br><br>    Plaintiff,<br><br>vs.<br><br>DITECH FINANCIAL LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 2:18-cv-02171-RFB-VCF<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL LLC, ONLY** |

Plaintiff Norma Ayala and Defendant Ditech Financial LLC., hereby stipulate and agree

that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL LLC, ONLY - 1

41 (a)(2) as to, and **ONLY as to, DITECH FINANCIAL LLC.** Each party shall bear its own its own attorney's fees and costs of suit.

Dated March 26, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Shaina R. Plaksin*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>Shaina R. Plaksin, Esq.<br>Nevada Bar No. 13935<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br>Email: shaina.plaksin@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **WOLFE & WYMAN LLP**<br><br>/s/ *Danielle A. Kolkoski*<br>Danielle A. Kolkoski, Esq.<br>Nevada Bar No. 8506<br>Email: dakolkoski@wolfewyman.com<br><br>*Counsel for Defendant*<br>*Ditech Financial LLC* |
|---|---|
| **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* | |

## **ORDER GRANTING**

## **STIPULATION OF DISMISSAL OF DITECH FINANCIAL LLC, WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th  day of  March   2019.

STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO DITECH FINANCIAL LLC, ONLY - 2