Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
Shaina R. Plaksin, Esq.
Nevada Bar No. 13935
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
Email: shaina.plaksin@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NORMA AYALA, | Case No.: 2:18-cv-02171-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |
| DITECH FINANCIAL LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; and TRANSUNION LLC, | |
| Defendants. | |

STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE - 1

PLEASE TAKE NOTICE that Plaintiff Norma Ayala ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

There are no longer any issues in this matter between Plaintiff Norma Ayala and Equifax to be determined by the Court, and Equifax is the only remaining defendant. Plaintiff hereby stipulates that all of her claims and causes of action against Equifax, which were or could have been the subject matter of this lawsuit, are hereby dismissed with prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated April 11, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Shaina R. Plaksin* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| Shaina R. Plaksin, Esq. | Email: jthompson@clarkhill.com |
| Nevada Bar No. 13935 | |
| 10040 W. Cheyenne Ave., Suite 170-109 | *Counsel for Defendant* |
| Las Vegas, NV 89129 | *Equifax Information Services LLC* |
| Email: matthew.knepper@knepperclark.com | |
| Email: miles.clark@knepperclark.com | |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE - 2

*Ayala v. Ditech Financial LLC et al*
Case No. 2:18-cv-02171-RFB-VCF

# ORDER GRANTING

# STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC,

# WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of April, 2019.

STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE - 3